FILED

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0525

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0525

_____

MARLENE STALOWY,

     Plaintiff and Appellant,

  v.

                        O R D E R

MISSOULA MANOR HOME, and
JOHN DOE I,

     Defendants and Appellees.

_____

Counsel for both parties, as captioned above, jointly jointly move this Court for an extension of time of seventy-five days to complete mandatory mediation, pursuant to M. R. App. P. 7(3)(b) and have stipulated to the selection of a mediator. Counsel for Appellant Marlene Stalowy has contemporaneously filed a motion to extend briefing until after the completion of mediation, which is unopposed.

Therefore, upon review of the motions and good cause shown,

IT IS ORDERED that Appellant's Motion to Extend Time For Mediation is GRANTED.

The Clerk is directed to provide a copy to all counsel of record.

Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2024